```
 1
 2
 3
 4                                          FILED
                                    CLERK, U.S. DISTRICT COURT
 5
                                         OCT - 3 2012
 6
 7                                  CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
 8
                    UNITED STATES DISTRICT COURT
 9
                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  Case No. 12-2280M
                               )
12             Plaintiff,      )  ORDER OF DETENTION AFTER HEARING
                               )  (Fed.R.Crim.P. 32.1(a)(6)
13        v.                   )      18 U.S.C. § 3143(a)
                               )  · Allegations of Violations of
14  Milton Earl Adams          )  Probation/Supervised Release
                               )           Conditions)
15             Defendant.      )
                               )
16
         On arrest warrant issued by the United States District Court for
17
    the Western Dist of N.C. involving alleged violations of
18
    conditions of ~~probation~~/supervised release:
19
         1.  The court finds that no condition or combination of
20
             conditions will reasonably assure:
21
             A.  (✓) the appearance of defendant as required; and/or
22
             B.  ( ) the safety of any person or the community.
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
```

2. The Court concludes:

  A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

  _____
  _____
  _____
  _____

  B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_
  _____
  _____
  _____
  _____

IT IS ORDERED that defendant be detained.

DATED: 10/3/12

_____
United States Magistrate Judge

2